Order entered January 3, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01230-CR
No. 05-13-01231-CR

**COY LEE LORANCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82496-2012, 199-80854-2013**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Hunter Biederman to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Biederman to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **MARCH 17, 2014**.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, Official Court Reporter, 199th

Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and Hunter Biederman.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Cory Lee Lorance, TDCJ No. 01884995, Polunsky Unit, 3872 F.M. 350 South, Livingston, TX 77351.

/s/  LANA MYERS  
    JUSTICE